UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Civil Action Number: 1:15-cv-11078

ANCEL MONTENELLI,

    Plaintiff,

vs.

LA VITA, INC., d/b/a DAVANTI ENOTECA
and ANTHONY CARIOSCIA,

    Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action be dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and that the Court will retain jurisdiction until such time as final remediation is completed. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 31st day of May, 2016.

Scott R. Dinin
SCOTT R. DININ, P.A.
332 S Michigan Ave.
Suite 1032 - D673
Chicago, Il 60604
Tel: (855) 346-4652
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
*Counsel for the Plaintiff*

Hanson Lloyd Williams
Law Offices of Loretta M. Griffin
20 North Clark Street, Suite 2725
Chicago, IL 60602
Tel: (312) 267-8649
Fax: (312) 857-9016
E-mail: hawilliams@hanover.com
*Counsel for the Defendant*

1